## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF:** | MJ - 19-9-BU-KLD |
| **LG Cellular phone, IMEI: 357021096606467, currently located at 2970 King Avenue West, Billings, Montana.** | **ORDER** |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including

the Application and Affidavit for Search Warrant and Search Warrants filed herein,

are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited

purposes of providing copies of documents in discovery, upon initial appearance

on an Indictment by any defendant related to this search warrant and

service/receipt of request for discovery by defense counsel, pursuant to Fed. R.

Crim. P. 16.

//

//

//

DATED this ___7th___ day of ~~September~~ October, 2019.

(KLD)

KATHLEEN L. DESOTO
United States Magistrate Judge